IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYISHA STAPLES,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>             Defendants. | Civil Action No. 22-2118 (KSM)<br><br>***Document Electronically Filed*** |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff, Myisha Staples, and Defendant, Corizon Health, Inc. ("Corizon"), by and through their undersigned counsel, that Corizon be dismissed from the above-captioned action with prejudice and without fees and costs against any party.

**PANSINI, MEZROW & DAVIS**
*Attorneys for Plaintiff*
*Myisha Staples*


_____
DAVID B. PIZZICA


DATED: June 23, 2022

**SAIBER LLC**
*Attorneys for Defendant*
*Corizon Health, Inc.*


_____
KEVIN C. HAYES


DATED:  June 21, 2022