IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYISHA STAPLES,<br>    **Plaintiff,**<br><br>    v.<br><br>CITY OF PHILADELPHIA,<br>OFFICER GEORGE CHERIYAN and<br>AMIR FEREBEE,<br>    **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-2118 |

## O R D E R

**AND NOW,** this 10th day of July, 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 28) and any response and opposition hereto, it is hereby **ORDERED** that the Motion is **GRANTED.** This action is **DISMISSED** with prejudice and the Clerk of Court is directed to mark this matter as closed.

                **BY THE COURT:**

                /s/ Hon. Kelley B. Hodge

                _____
                  **HODGE, KELLEY B., J.**